**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOHN ENRY BOCHAGA SUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-3147-SLP |

**O R D E R**

The Court is in receipt of pro se Petitioner John Enry Bochaga Suarez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. However, the filing is deficient as follows:

- Petitioner did not name any Respondent(s) in the Petition. *See* Fed. R. Civ. P. 10(a) (The caption "must name all the parties"); *see also* Rules Governing Section 2254 Cases, Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by [§2254]); Rules Governing Section 2254 Cases, Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with the statutory provisions or these rules, may be applied to a proceeding under these rules.").
- Petitioner has neither paid the $5.00 filing fee nor submitted an *in forma pauperis* motion (motion to proceed without prepayment of fees or costs).

Accordingly, the Court orders Petitioner to cure the deficiencies designated above by November 25, 2026. Failure to comply with this Order may result in the dismissal of

this action. The Clerk of Court is directed to forward to the Petitioner the necessary forms to enable him to comply with this Order.

IT IS SO ORDERED this 5th day of November, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**